# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:03-cv-04875-PJH

The Trustee of Columbia University in the City of v.
Johnson & Johnson et al
Assigned to: Hon. Phyllis J. Hamilton
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1331 Fed. Question

Date Filed: 10/31/03
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

-----------------------

**The Trustee of Columbia University in the City of New York**

represented by **DAVID ISAAC GINDLER, ESQ.**
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
Email: DGindler@Irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JASON GEORGE SHEASBY, ESQ.**
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
(310) 277-1010
Email: JSheasby@Irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Morgan Chu**
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4271
310/277-1010
Fax : 310-203-7199
Email: mchu@irell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Johnson & Johnson**   represented by **Jeffrey I.D. Lewis**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
Email: jidlewis@pbwt.com
*ATTORNEY TO BE NOTICED*

**Scott Barry Howard**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
Email: sbhoward@pbwt.com
*ATTORNEY TO BE NOTICED*

**Steven A. Zalesin**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
Fax : 212-336-2222
*ATTORNEY TO BE NOTICED*

**Todd Michael Briggs**
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
*ATTORNEY TO BE NOTICED*

**Eric L. Wesenberg**
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
650-614-7400
Fax : 650-614-7401
Email: ewesenberg@orrick.com
*ATTORNEY TO BE NOTICED*

**Sam Citron O'Rourke**
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025
650/614-7376
Email: SOROURKE@ORRICK.COM
*ATTORNEY TO BE NOTICED*

**Ares Trading S.A.**     represented by **Todd M. Sorrell**
Fulbright & Jaworski L.L.P
865 South Figueroa Street
Twenty-Ninth Floor
Los Angels, CA 90017
213-892-9200
Fax : 213-680-4518
Email: tsorrell@fulbright.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/31/2003 | 1 | COMPLAINT /*no process* against Ares Trading S.A., Johnson & Johnson (Filing fee $150 receipt number 3353055). Filed by The Trustee of Columbia University in the City of New York. (ga, COURT STAFF) Additional attachment(s) added on 11/14/2003 (ga, COURT STAFF). (Entered: 10/31/2003) |
| 10/31/2003 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/25/2004. Case Management Conference set for 3/3/2004 at 10:30 AM.. Signed by Judge James Larson on 10/31/03. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Entered: 10/31/2003) |
| 10/31/2003 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Entered: 10/31/2003) |
| 11/03/2003 | 3 | REPORT on the filing or determination of an action regarding *Patent* (cc: form mailed to register). (ga, COURT STAFF) Additional attachment(s) added on 11/3/2003 (ga, COURT STAFF). (Entered: 11/03/2003) |
| 11/04/2003 |  | Summons Issued as to Ares Trading S.A. ; Johnson & Johnson (ga, COURT STAFF) (Entered: 11/06/2003) |
| 11/17/2003 | 4 | NOTICE of Related Case. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Appendix ECF Registration Form) (Entered: 11/17/2003) |
| 11/17/2003 | 5 | Declination to Proceed Before a U.S. Magistrate Judge by The Trustee of Columbia University in the City of New York. (Entered: 11/17/2003) |
| 11/18/2003 | 6 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 11/18/2003) (Entered: 11/18/2003) |
| 11/19/2003 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Maxine |

| | | |
|---|---|---|
| | | M. Chesney for all further proceedings. Judge James Larson no longer assigned to case. Signed by Executive Committee on 11/19/03. (as, ) (Filed on 11/19/2003) (Entered: 11/19/2003) |
| 11/21/2003 | 8 | NOTICE of Genentech's Opposition to Columbia's Notice of Related Case (Re: 4). (Schuck, William) (Filed on 11/21/2003) Modified on 11/24/2003 (mmt, COURT STAFF). (Entered: 11/21/2003) |
| 11/25/2003 | 9 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 2/27/2004. Case Management Conference set for 3/5/2004 10:30 AM.. Signed by Judge Maxine M. Chesney on 10/9/2002. (tl, COURT STAFF) (Filed on 11/25/2003) (Entered: 11/25/2003) |
| 11/26/2003 | 10 | NOTICE by The Trustee of Columbia University in the City of New York *Notice of FIling of Motion With The Judicial Panel On Multidistrict Litigation To Transfer Pursuant To 28 U.S.C. s 1407* (Attachments: # 1 Exhibit A, Part 1# 2 Exhibit A, Part 2# 3 Exhibit A, Part 3# 4 Exhibit A, Part 4# 5 Exhibit A, Part 5# 6 Exhibit A, Part 6# 7 Exhibit A, Part 7# 8 Exhibit A, Part 8# 9 Exhibit A, Part 9# 10 Exhibit A, Part 10# 11 Exhibit A, Part 11# 12 Exhibit A, Part 12# 13 Exhibit A, Part 13# 14 Exhibit A, Part 14)(SHEASBY, JASON) (Filed on 11/26/2003) (Entered: 11/26/2003) |
| 11/26/2003 | 11 | NOTICE by The Trustee of Columbia University in the City of New York *Notice of Pendency of Other Action or Proceeding Pursuant to Local Rule 3-13* (SHEASBY, JASON) (Filed on 11/26/2003) (Entered: 11/26/2003) |
| 11/26/2003 | 12 | RELATED CASE ORDER : C03-1603 AND C03-4875 ARE NOT RELATED as defined by Civil L.R. 3-12(b).. Signed by Judge Vaughn R. Walker on 11/26/2003. (cgd, COURT STAFF) (Filed on 11/26/2003) (Entered: 11/26/2003) |
| 12/01/2003 | 13 | ORDER OF RECUSAL signed by Judge Maxine M. Chesney on December 1, 2003. (mmcsec, ) (Filed on 12/1/2003) (Entered: 12/01/2003) |
| 12/03/2003 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Jeffrey S. White for all further proceedings. Judge Maxine M. Chesney no longer assigned to case. Signed by EXECUTIVE COMMITTEE on 12/3/03. (ha, COURT STAFF) (Filed on 12/3/2003) (Entered: 12/04/2003) |
| 12/04/2003 | 15 | STIPULATION *STIPULATION EXTENDING DEFENDANT JOHNSON & JOHNSON'S TIME TO FILE ANSWER TO COMPLAINT FOR DECLARATORY RELIEF AND BREACH OF CONTRACT* by Johnson & Johnson. (Briggs, Todd) (Filed on |

| | | |
|---|---|---|
| | | 12/4/2003) (Entered: 12/04/2003) |
| 12/08/2003 | 16 | ORDER OF RECUSAL. Signed by Judge Jeffrey S. White on December 8, 2003. (jswlc2, ) (Filed on 12/8/2003) (Entered: 12/08/2003) |
| 12/08/2003 | 17 | ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Judge Jeffrey S. White no longer assigned to case. Signed by EXECUTIVE COMMITTEE on 12/8/03. (ha, COURT STAFF) (Filed on 12/8/2003) (Entered: 12/08/2003) |
| 12/15/2003 | 18 | NOTICE by The Trustee of Columbia University in the City of New York *Notice of General Standing Order of Judge Phyllis J. Hamilton* (Attachments: # 1 Exhibit A# 2 Supplement Proof of Service) (GINDLER, DAVID) (Filed on 12/15/2003) (Entered: 12/15/2003) |
| 12/16/2003 | 19 | ORDER SETTING CASE MANAGEMENT CONFERENCE: the case having been reassigned to the Honorable Phyllis J. Hamilton; a Case Management Conference will be held on 3/4/04 at 2:30 P.M. A Joint Case Management Conference Statement shall be filed by 2/26/04. Signed by Judge Phyllis J. Hamilton on 12/16/03. (lm, COURT STAFF)(Filed on 12/16/2003) (Entered: 12/16/2003) |
| 12/16/2003 | 20 | STIPULATION & ORDER:...by & among the parties Columbia and J&J, the response will now be due on 1/26/04. Signed by Judge Phyllis J. Hamilton on 12/16/03. (lm, COURT STAFF) (Filed on 12/16/2003) (Entered: 12/16/2003) |
| 12/17/2003 | 21 | NOTICE of Appearance by Sam Citron O'Rourke (O'Rourke, Sam) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 12/17/2003 | 22 | NOTICE of Appearance by Eric L. Wesenberg (Wesenberg, Eric) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 12/17/2003 | 23 | NOTICE by The Trustee of Columbia University in the City of New York *Notice of Order Setting Case Management Conference* (Attachments: # 1 Exhibit A# 2 Supplement Proof of Service) (GINDLER, DAVID) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 12/17/2003 | 24 | NOTICE by Johnson & Johnson *REQUEST TO REMOVE ATTORNEY FROM SERVICE LIST* (Briggs, Todd) (Filed on 12/17/2003) (Entered: 12/17/2003) |
| 01/13/2004 | 25 | LETTER: (dated 1/6/04) received by the court from Peter Felfe of FULBRIGHT & JAWORSKI LLP...Ares Trading S.A. ("Ares") has NOT been served...(Please refer to actual letter) (lm, COURT |

| | | |
|---|---|---|
| | | STAFF) (Filed on 1/13/2004) (Entered: 01/13/2004) |
| 01/14/2004 | 26 | STIPULATION *EXTENDING TIME TO RESPOND TO COMPLAINT* by Ares Trading S.A.. (Sorrell, Todd) (Filed on 1/14/2004) (Entered: 01/14/2004) |
| 01/21/2004 | 27 | STIPULATION *Extending J&J's Time To Respond To Complaint* by The Trustee of Columbia University in the City of New York. (SHEASBY, JASON) (Filed on 1/21/2004) (Entered: 01/21/2004) |
| 01/22/2004 | 28 | STIPULATION & ORDER (Deft Ares Trading Extension to Respond to Complaint):...an extension of time for deft Ares Trading S.A. to answer or otherwise respond to the complaint - 2/24/04... Signed by Judge Phyllis J. Hamilton on 1/22/04. (lm, COURT STAFF) (Filed on 1/22/2004) (Entered: 01/22/2004) |
| 01/26/2004 | 29 | STIPULATION & ORDER (Deft Johnson & Johnson Extension to Respond): Deft Johnson & Johnson shall have until 2/23/04 to answer or otherwise respond to Columbia's Complaint. Signed by Judge Phyllis J. Hamilton on 1/26/04. (lm, COURT STAFF) (Filed on 1/26/2004) (Entered: 01/26/2004) |
| 02/03/2004 | 30 | MOTION for leave to appear in Pro Hac Vice of Scott B. Howard; FEE PAID, RECEIPT NUMBER 3356327 filed by Johnson & Johnson. (fb, Court Staff) (Filed on 2/3/2004) (Entered: 02/04/2004) |
| 02/03/2004 | | Received Order re [30] by Johnson & Johnson. (fb, Court Staff) (Filed on 2/3/2004) (Entered: 02/04/2004) |
| 02/03/2004 | 31 | MOTION for leave to appear in Pro Hac Vice of Steven A. Zalesin; FEE PAID; RECEIPT NUMBER 3356326 filed by Johnson & Johnson. (fb, Court Staff) (Filed on 2/3/2004) (Entered: 02/04/2004) |
| 02/03/2004 | | Received Order re [31] by Johnson & Johnson. (fb, Court Staff) (Filed on 2/3/2004) (Entered: 02/04/2004) |
| 02/03/2004 | 32 | MOTION for leave to appear in Pro Hac Vice of Jeffrey I.D. Lewis; FEE PAID, RECEIPT NUMBER 3356325 filed by Johnson & Johnson. (fb, Court Staff) (Filed on 2/3/2004) (Entered: 02/04/2004) |
| 02/03/2004 | | Received Order re [32] by Johnson & Johnson. (fb, Court Staff) (Filed on 2/3/2004) (Entered: 02/04/2004) |
| 02/04/2004 | 33 | ORDER by Judge Hamilton granting [30] Motion for Pro Hac Vice of Scott B. Howard. (fb, Court Staff) (Filed on 2/4/2004) (Entered: 02/05/2004) |

| | | |
|---|---|---|
| 02/04/2004 | 34 | ORDER by Judge Hamilton granting [31] Motion for Pro Hac Vice of Steven A. Zalesin. (fb, Court Staff) (Filed on 2/4/2004) (Entered: 02/05/2004) |
| 02/04/2004 | 35 | ORDER by Judge Hamilton granting [32] Motion for Pro Hac Vice of Jeffrey I. D. Lewis. (fb, Court Staff) (Filed on 2/4/2004) (Entered: 02/05/2004) |
| 02/11/2004 | 36 | STIPULATION *Stipulated Request To Change Date of Case Management Conference Pursuant to Civil Local Rule 6-2* by The Trustee of Columbia University in the City of New York. (GINDLER, DAVID) (Filed on 2/11/2004) (Entered: 02/11/2004) |
| 02/11/2004 | 37 | Declaration of David I. Gindler in Support of 36 *Stipulated Request to Change Date of Case Management Conference* filed by The Trustee of Columbia University in the City of New York. (Related document (s)36) (GINDLER, DAVID) (Filed on 2/11/2004) (Entered: 02/11/2004) |
| 02/12/2004 | 38 | STIPULATION & ORDER: Case Management Conference scheduled for 3/4/04 has been continued to 4/22/04 at 2:30 P.M. Signed by Judge Phyllis J. Hamilton on 2/12/04.(lm, COURT STAFF) (Filed on 2/12/2004) (Entered: 02/12/2004) |
| 02/20/2004 | 39 | STIPULATION *Extending Johnson & Johnson's Time To Respond To Complaint For Declaratory Relief And Breach of Contract* by The Trustee of Columbia University in the City of New York. (SHEASBY, JASON) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 40 | CERTIFICATE OF SERVICE by The Trustee of Columbia University in the City of New York *of Summons and Complaint on Johnson & Johnson* (SHEASBY, JASON) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 41 | CERTIFICATE OF SERVICE by The Trustee of Columbia University in the City of New York *Notice of Service of Summons and Complaint on Ares Trading S.A.* (Attachments: # 1 Exhibit A# 2 Exhibit B)(SHEASBY, JASON) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 42 | MOTION to Dismiss *for Lack of Personal Jurisdiction; or, in the Alternative, Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation; Notice of Motion* filed by Ares Trading S.A.. Motion Hearing set for 4/7/2004 09:00 AM. (Sorrell, Todd) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 43 | MEMORANDUM in Support *of Motion to Dismiss for Lack of* |

| | | |
|---|---|---|
| | | *Personal Jurisdiction; or, in the Alternative, Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* filed by Ares Trading S.A.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Sorrell, Todd) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 44 | Declaration of Laurent Foetisch *in Support of Motion to Dismiss for Lack of Personal Jurisdiction; or, in the Alternative, Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* filed by Ares Trading S.A.. (Sorrell, Todd) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 45 | Request for Judicial Notice *in Support of Motion to Dismiss for Lack of Personal Jurisdiction; or, in the Alternative, Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* filed by Ares Trading S.A.. (Sorrell, Todd) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/20/2004 | 46 | Proposed Order *Re Motion to Dismiss for Lack of Personal Jurisdiction; or, in the Alternative, Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Ares Trading S.A.. (Sorrell, Todd) (Filed on 2/20/2004) (Entered: 02/20/2004) |
| 02/24/2004 | 47 | Letter Brief *Requesting Stay Pending Ruling by Judicial Panel on Multidistrict Litigation* filed by The Trustee of Columbia University in the City of New York. (GINDLER, DAVID) (Filed on 2/24/2004) (Entered: 02/24/2004) |
| 02/24/2004 | 48 | STIPULATION & ORDER: (Johnson & Johnson Response Extension)...Deft Johnson & Johnson shall have until and including 3/26/04 to answer or otherwise respond to Columbia's Complaint. Signed by Judge Phyllis J. Hamilton on 2/24/04. (lm, COURT STAFF) (Filed on 2/24/2004) (Entered: 02/24/2004) |
| 03/01/2004 | 49 | ORDER by Judge Hamilton granting 42 Motion to Stay Action pending decision on motion to transfer that is currently pending before Judicial Panel on Multidistrict Litigation, denying without prejudice Motion to Dismiss (pjhlc1, ) (Filed on 3/1/2004) (Entered: 03/01/2004) |

| PACER Service Center |
|---|
| Transaction Receipt |

| 04/12/2004 13:14:18 |||
|---|---|---|
| PACER Login: | us2510 | Client Code: |
| Description: | Docket Report | Case Number: 3:03-cv-04875-PJH |
| Billable Pages: | 4 | Cost: 0.28 |