UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON and ARES TRADING S.A.,<br><br>      Defendant. | Civil Action No. 04-10742-MLW<br><br>(Part of MDL No. 1592) |

## STIPULATED REQUEST TO EXTEND TIME TO RESPOND

Columbia and J&J, through their attorneys, respectfully request that J&J shall have until and including May 28, 2004, to answer or otherwise respond to Columbia's Complaint. The parties previously requested that this court grant an extension of time to respond to Columbia's Complaint until May 5, 2004.

Dated: May 4, 2004

By: __/s/ Jason G. Sheasby____
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Ave of Stars, Suite 900
Los Angeles, CA 90067
Attorneys for
The Trustees of Columbia University
in the City of New York

Dated: May 4, 2004

By: __/s/ Steven A. Zalesin____
Steven A. Zalesin
Jeffrey I.D. Lewis
Melissa Mandrgoc
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Attorneys for Johnson & Johnson