UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON and ARES TRADING S.A.,<br><br>        Defendant. | Civil Action No. 04-10742-MLW<br><br>(Part of MDL No. 1592) |

## PROOF OF SERVICE

I, Jason Sheasby, an attorney, hereby certify that, on May 4, 2004, I caused a copy of:

## STIPULATED REQUEST

to be served by U.S. Mail upon counsel for each of the represented parties as follows:

*BAXTER HEALTHCARE CORPORATION v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiff:

        Donald R. Ware, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

*BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:

        Donald R. Ware, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

Counsel for Plaintiff Abbott Bioresearch Center, Inc.:

>Mark A. Pals, Esq.
>Kirkland & Ellis LLP
>AON Building
>200 East Randolph Drive
>Chicago, IL 60601

*GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiff:

>Victoria F. Maroulis, Esq.
>Quinn Emmanuel Urquhart Oliver & Hedges LLP
>555 Twin Dolphin Drive, Suite 560
>Redwood Shores, CA 94065

*IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:

>Arthur Wineburg, Esq.
>Pillsbury Winthrop LLP
>1133 Connecticut Avenue, N.W.
>Washington, D.C. 20036

*JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiff:

>Steven A. Zalesin, Esq.
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036

*SERONO, INC. and ARES TRADING S.A. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs Serono, Inc. and Ares Trading S.A.:

>Peter F. Felfe, Esq.
>Fulbright & Jaworski L.L.P.
>666 Fifth Avenue, 31st Floor
>New York, NY 10103-3198

993744v1

*THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.*

<u>Counsel for Defendant Johnson & Johnson:</u>

Steven A. Zalesin, Esq.
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

<u>Counsel for Defendant Ares Trading S.A.:</u>

Todd M. Sorrell
Fulbright & Jaworski L.L.P
865 South Figueroa Street
Twenty-Ninth Floor
Los Angeles, CA 90017

*WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

<u>Counsel for Plaintiffs</u>:

Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-7203

*OTHER COUNSEL FOR THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Wayne Barsky, Esq.
Gibson, Dunn & Crutcher LLP
2029 Century Park East, 41st Floor
Los Angeles, CA 90067

            /s/ Jason G. Sheasby
            Jason Sheasby

993744v1