UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | Civil Action No. 04-10742-MLW <br><br> (Relating to MDL No. 1592) |

DOCKETED

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Columbia and Johnson & Johnson, through their attorneys, that Johnson & Johnson shall have until and including May 5, 2004, to answer or otherwise respond to Columbia's Complaint in *The Trustees of Columbia University in the City of New York vs. Johnson & Johnson and Ares Trading S.A.*, formerly Northern District of California, Case No. C 03 4875 PJH.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its Attorneys,

Dated: 4/26/04

*/s/ SMcC/*

Thomas F. Maffei (BBO # 313220)
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

54

JOHNSON & JOHNSON

By its attorneys,

Dated: 4/27/04

_____
Steven A. Zalesin
Jeffrey I. D. Lewis
Scott B. Howard
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222

2