UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and ARES TRADING S.A.,<br><br>Defendants. | CIVIL ACTION No. 04-10742-MLW<br><br>**STIPULATED ORDER OF DISMISSAL OF COLUMBIA UNIVERSITY'S CLAIMS AGAINST ARES TRADING S.A.** |

WHEREAS, Plaintiff The Trustees of Columbia University in the City of New York ("Columbia") filed this action against Defendants Ares Trading S.A. ("Ares") and Johnson & Johnson ("J&J") on October 31, 2003; and

WHEREAS, Columbia and Ares have entered into an agreement to settle Columbia's claims against Ares on certain terms and conditions set forth in their agreement;

NOW, THEREFORE, Columbia and Ares hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

1.      The Court has specific personal jurisdiction over the parties for purposes of this action only.

2.      Columbia's claims against Ares in the above-captioned action are hereby dismissed with prejudice, except for those claims specifically reserved and provided for in the Confidential Settlement Agreement and Mutual Release entered into by the parties effective April 30, 2004.

3.      Columbia and Ares shall bear their own costs and attorneys' fees in connection with the action between Columbia and Ares. In addition, Columbia and Ares waive any and all rights to appeal this Stipulated Order of Dismissal.

4.    This Stipulated Order of Dismissal shall have no application to, and shall neither dismiss nor limit, any of Columbia's claims against J&J.

Dated:  5/5      , 2004                GRIESINGER, TIGHE & MAFFEI, LLP


                                       By: _Thomas F. Maffei_____
                                           Thomas F. Maffei
                                           Attorneys for Plaintiff
                                           The Trustees of Columbia University
                                           in the City of New York


Dated: May 5  , 2004                   NIXON PEABODY LLP


                                       By: _Fred A. Kelly, Jr._____
                                           Fred A. Kelly, Jr.
                                           Attorneys for Defendant
                                           Ares Trading S.A.

- 2 -

BOS1377344.3

## ORDER

Pursuant to the Stipulation between Columbia and Ares, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    The Court has specific personal jurisdiction over the parties for purposes of this action only.

2.    Columbia's claims against Ares in the above-captioned action are hereby dismissed with prejudice, except for those claims specifically reserved and provided for in the Confidential Settlement Agreement and Mutual Release entered into by the parties effective April 30, 2004.

3.    Columbia and Ares shall bear their own costs and attorneys' fees in connection with the action between Columbia and Ares. In addition, Columbia and Ares waive any and all rights to appeal this Stipulated Order of Dismissal.

4.    This Stipulated Order of Dismissal shall have no application to, and shall neither dismiss nor limit, any of Columbia's claims against J&J.


Dated:              , 2004


_____
HON. MARK L. WOLF
UNITED STATES DISTRICT JUDGE

- 3 -