UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW YORK,

        Plaintiff,

    vs.

JOHNSON & JOHNSON and ARES TRADING
S.A.,

        Defendant.

Civil Action No. 04-10742-MLW
(Relating to MDL No. 1592)

## **PROOF OF SERVICE**

    I, Scott McConchie, an attorney, hereby certify that, on May 5, 2004, I caused a copy of:

**Stipulated Order Of Dismissal Of Columbia University's Claims Against Ares Trading S.A.**

to be served by U.S. Mail upon counsel for each of the represented parties as follows:

*BAXTER HEALTHCARE CORPORATION v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiff:

        Donald R. Ware, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

*BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:

        Donald R. Ware, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

Counsel for Plaintiff Abbott Bioresearch Center, Inc.:

>    Mark A. Pals, Esq.
>    Kirkland & Ellis LLP
>    AON Building
>    200 East Randolph Drive
>    Chicago, IL 60601

*GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiff:

>    Victoria F. Maroulis, Esq.
>    Quinn Emmanuel Urquhart Oliver & Hedges LLP
>    555 Twin Dolphin Drive, Suite 560
>    Redwood Shores, CA 94065

*IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:

>    Arthur Wineburg, Esq.
>    Pillsbury Winthrop LLP
>    1133 Connecticut Avenue, N.W.
>    Washington, D.C. 20036

*JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiff:

>    Steven A. Zalesin, Esq.
>    Patterson, Belknap, Webb & Tyler LLP
>    1133 Avenue of the Americas
>    New York, NY 10036

*SERONO, INC. and ARES TRADING S.A. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs Serono, Inc. and Ares Trading S.A.:

>    Peter F. Felfe, Esq.
>    Fulbright & Jaworski L.L.P.
>    666 Fifth Avenue, 31st Floor
>    New York, NY 10103-3198

*THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.*

Counsel for Defendant Johnson & Johnson:

Steven A. Zalesin, Esq.
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036

Counsel for Defendant Ares Trading S.A.:

Todd M. Sorrell
Fulbright & Jaworski L.L.P
865 South Figueroa Street
Twenty-Ninth Floor
Los Angeles, CA 90017

*WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Counsel for Plaintiffs:

Leora Ben-Ami, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-7203

Eric J. Marandett, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109

*OTHER COUNSEL FOR THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

Wayne Barsky, Esq.
Gibson, Dunn & Crutcher LLP
2029 Century Park East, 41st Floor
Los Angeles, CA 90067

Scott McConchie