**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 3, 2004

United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE: CV 03-04875 PJH COLUMBIA UNIVERISTY TRUST-v-JOHNSON & JOHNSON
In Re: MDL DOCKET NUMBER 1592, In Re: Columbia University Patent Litigation
District of MA Number: 1:04cv10742 MLW

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(X) Certified copy of docket entries

(X) Certified copy of TRANSFERRAL ORDER

(X) Original case file documents

(X) Please be advised that the above entitled action was previously designated to the Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Felicia Brown
Case Systems Administrator

Enclosures
Copies to counsel of record




**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

TONY ANASTAS
CLERK

KIMBERLY M. ABAID
DEPUTY CLERK

March 13, 2004

**RECEIVED**
APR 2 0 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mr. Richard W. Wieking, Clerk
United States District Court
Box 36060
450 Golden Gate Avenue
San Francisco, CA  94102-3489

IN RE: <u>MDL DOCKET No. 1592</u>  In re: Columbia University Patent Litigation
USDC - Massachusetts <u>Lead</u> Case No. 1:03CV11329-MLW
Your Case: Civil Action No. 3:03-4875 The Trustees of Columbia University v. Johnson & Johnson et al.
District of MA No. 1:04cv10742 MLW

Dear Mr. Wieking:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407.  These cases have been assigned to the Honorable Mark L. Wolf

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above.  Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated.  If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Dennis O'Leary Courtroom Clerk for Judge Wolf at 617-748-9159 or Kathy Boyce Docket Clerk for Judge Wolf at  617-748-9155.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Dennis O'Leary
Kathy Boyce