UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNSON & JOHNSON and ARES TRADING S.A.,<br><br>    Defendants. | CIVIL ACTION No. 04-10742-MLW<br><br>(Part of MDL No. 1592) |

### STIPULATED REQUEST TO EXTEND TIME TO RESPOND

The Trustees of Columbia University in the City of New York ("Columbia") and Johnson & Johnson ("J&J"), through their attorneys, respectfully request that J&J shall have until and including June 18, 2004, to answer or otherwise respond to Columbia's Complaint. The parties previously requested that this court grant an extension of time to respond to Columbia's Complaint until May 28, 2004.

Dated: May 26, 2004

By: /s/ Jason G. Sheasby
Morgan Chu
David I. Gindler
Jason G. Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
Attorneys for Plaintiff
The Trustees of Columbia University in the City of New York

Dated: May 26, 2004

By: /s/ Steven A. Zalesin
Steven A. Zalesin
Jeffrey I.D. Lewis
Melissa Mandrgoc
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Attorneys for Defendant
Johnson & Johnson