UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and ARES TRADING S.A.,<br><br>Defendants. | CIVIL ACTION No. 04-10742-MLW<br><br>**STIPULATED ORDER OF DISMISSAL OF COLUMBIA UNIVERSITY'S CLAIMS AGAINST JOHNSON & JOHNSON** |

WHEREAS, Plaintiff The Trustees of Columbia University in the City of New York ("Columbia") filed this action against Defendants Ares Trading S.A. and Johnson & Johnson ("J&J") on October 31, 2003 in the Northern District of California (previously designated as Case No. C 03 4875 PJH);

WHEREAS, Columbia and J&J have entered into an agreement to dismiss Columbia's claims against J&J on certain terms and conditions set forth herein;

NOW, THEREFORE, Columbia and J&J hereby stipulate and agree, by and through their respective counsel of record, that the Court enter the following Stipulated Order of Dismissal, which shall be binding upon them:

1. Columbia's claims against J&J in the above-captioned action are hereby dismissed without prejudice subject to Columbia's right to amend its answer in *Johnson & Johnson v. The Trustees of Columbia University in the City of New York*, Case No. 04cv10743 MLW (the "New York Action") to include these claims as counterclaims.

2. J&J agrees not to oppose the amendment of Columbia's answer in the New York Action to include as counterclaims the claims dismissed herein, provided such amendment is timely filed under the applicable scheduling order.

- 2 -

3.      J&J hereby waives any defense based upon the passage of time (including but not limited to any defense based upon statutes of limitation or laches) commencing on October 31, 2003, through and including the date on which Columbia amends its answer in the New York Action to include as counterclaims the claims dismissed herein.

4.      Columbia and J&J shall bear their own costs and attorneys' fees in connection with the above-captioned action.  In addition, Columbia and J&J waive any and all rights to appeal this Stipulated Order of Dismissal.

Dated: June 15, 2004                          IIRELL & MANELLA, LLP

By:  /s/ Jason G. Sheasby
       Jason G. Sheasby
       Attorneys for Plaintiff
       The Trustees of Columbia University
       in the City of New York

Dated: June 15, 2004                          PATTERSON, BELKNAP, WEBB & TYLER LLP

By:  /s/ Steven A. Zalesin
       Steven A. Zalesin
       Melissa Mandrgoc
       Attorneys for Defendant
       Johnson & Johnson

BOS1377344.2
1004367v1

- 3 -

**ORDER**

Pursuant to the Stipulation between Columbia and J&J, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Columbia's claims against J&J in the above-captioned action are hereby dismissed without prejudice subject to Columbia's right to amend its answer in *Johnson & Johnson v. The Trustees of Columbia University in the City of New York*, Case No. 04cv10743 MLW (the "New York Action") to include these claims as counterclaims.

2. J&J agrees not to oppose the amendment of Columbia's answer in the New York Action to include as counterclaims the claims dismissed herein, provided such amendment is timely filed under the applicable scheduling order.

3. J&J hereby waives any defense based upon the passage of time (including but not limited to any defense based upon statutes of limitation or laches) commencing on October 31, 2003, through and including the date on which Columbia amends its answer in the New York Action to include as counterclaims the claims dismissed herein.

4. Columbia and J&J shall bear their own costs and attorneys' fees in connection with the above-captioned action. In addition, Columbia and J&J waive any and all rights to appeal this Stipulated Order of Dismissal.

Dated:                    , 2004

                                         _____
                                         HON. MARK L. WOLF
                                         UNITED STATES DISTRICT JUDGE

BOS1377344.2
1004367v1