UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON and ARES TRADING S.A.,<br><br>                Defendants. | CIVIL ACTION No. 04-10742-MLW |

**PROOF OF SERVICE**

    I, Jason G. Sheasby, an attorney, hereby certify that, on June 15, 2004, I caused a copy of:

**STIPULATED ORDER OF DISMISSAL OF COLUMBIA UNIVERSITY'S**

**CLAIMS AGAINST JOHNSON & JOHNSON**

to be served by FedEx upon counsel for each of the represented parties as follows:

*BIOGEN, INC., GENZYME CORPORATION and ABBOTT BIORESEARCH CENTER, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiffs Biogen, Inc. and Genzyme Corp.:

        Donald R. Ware, Esq.
        Foley Hoag LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600

    Counsel for Plaintiff Abbott Bioresearch Center, Inc.:

        Mark A. Pals, Esq.
        Kirkland & Ellis LLP
        AON Building
        200 East Randolph Drive
        Chicago, IL 60601

*GENENTECH, INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiff:

        Victoria F. Maroulis, Esq.
        Quinn Emmanuel Urquhart Oliver & Hedges LLP
        555 Twin Dolphin Drive, Suite 560
        Redwood Shores, CA 94065

*IMMUNEX CORPORATION and AMGEN INC. v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiffs Immunex Corporation and Amgen Inc.:

        Arthur Wineburg, Esq.
        Pillsbury Winthrop LLP
        1133 Connecticut Avenue, N.W.
        Washington, D.C. 20036

*JOHNSON & JOHNSON v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiff:

        Steven A. Zalesin, Esq.
        Patterson, Belknap, Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY 10036

*THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. JOHNSON & JOHNSON and ARES TRADING S.A.*

    Counsel for Defendant Johnson & Johnson:

        Steven A. Zalesin, Esq.
        Patterson, Belknap, Webb & Tyler, LLP
        1133 Avenue of the Americas
        New York, NY 10036

    Counsel for Defendant Ares Trading S.A.:

        Todd M. Sorrell
        Fulbright & Jaworski L.L.P
        865 South Figueroa Street
        Twenty-Ninth Floor
        Los Angeles, CA 90017

- 3 -

    Peter F. Felfe, Esq.
    Fulbright & Jaworski L.L.P.
    666 Fifth Avenue, 31st Floor
    New York, NY 10103-3198

*WYETH and GENETICS INSTITUTE LLC v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK*

    Counsel for Plaintiffs:

    Leora Ben-Ami, Esq.
    Kaye Scholer LLP
    425 Park Avenue
    New York, NY 10022-7203

COUNSEL FOR THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

    Wayne Barsky, Esq.
    Gibson, Dunn & Crutcher LLP
    2029 Century Park East, 41st Floor
    Los Angeles, CA 90067

                                              /s/ Jason G. Sheasby
                                                  Jason G. Sheasby